IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUSALITO CRAFTWORKS INC, | No. C -14-01216 JSW(EDL) |
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| v. | |
| DAVID M. MURRAY, | |
| Defendant. | |

Because Defendant is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Ryan W. Koppelman, Xavier Brandwajn, Alston & Bird LLP, 275 Middlefield Rd Ste 150 Menlo Park, CA 94025 is hereby appointed as counsel for Defendant in this matter.  The scope of this referral shall be for the limited purpose of representing the litigant in the course of the settlement conference.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: July 25, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAUSALITO CRAFTWORKS INC,

    Plaintiff,

v.

DAVID M. MURRAY,

    Defendant.

Case Number: C -14-01216 JSW(EDL)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2014, I SERVED a true and correct copy(ies) of the attached order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David M Murray
39 Cross Highway
Westport, CT 06880

Dated: July 25, 2014

    Richard W. Wieking, Clerk

    /s/ Stephen Ybarra
    Deputy Clerk

2