IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUSALITO CRAFTWORKS, INC., | No. C -14-01216 JSW (EDL) |
| Plaintiff, | **ORDER DENYING DEFENDANT'S REQUEST TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE** |
| v. | |
| DAVID M. MURRAY, | |
| Defendant. | |

By letter dated July 30, 2014, Defendant requested that he be excused from personally attending the August 14, 2014, settlement conference. The Court finds that Defendant has not shown good cause for its request. Hardship due to expenditures of travel costs and time is not a sufficient reason to allow a telephonic appearance. Defendant's request is DENIED.

**IT IS SO ORDERED.**

Dated: August 5, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge